JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-8618 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| CHARISSE E. BOYD, AKA CHARISSE RENEAU, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Charisse E. Boyd, aka Charisse Reneau, in the principal amount of $5,752.62 plus interest accrued to October 2, 2012, in the sum of $11,526.40; with interest accruing thereafter at $1.09 daily until entry of judgment, administration costs in the amount of $87.00, for a total amount of $17,366.02.

DATED: January 22, 2013      By: Terry Nafisi
                                  Clerk of the Court

                              /s/ Jenny Lam
                                  Deputy Clerk
                              United States District Court